JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL B. EISENBERG,

Plaintiff,

v.

AMEICAN GENERAL LIFE INSURANCE COMPANY, et al.,

Defendants.

Case No. CV 25-10951-GW-AYPx

**ORDER TO DISMISS WITH PREJUDICE**

Based upon the stipulation between the parties and their respective counsel [ECF No. 48], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 23, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE